UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MAURICIO MARTINEZ,                                              Plaintiff,

v.                                            Civil Action No. 3:17-cv-P265-DJH

MARK BOLTON *et al.*,                                   Defendants.

\* \* \* \* \*

### **MEMORANDUM OPINION**

*Pro se* Plaintiff Mauricio Martinez, a pretrial detainee at Louisville Metro Department of Corrections (LMDC), initiated this 42 U.S.C. § 1983 on April 27, 2017. The Court conducted an initial review of this action on July 13, 2017 (DN 10). In the Memorandum Opinion and Order entered on that date, the Court dismissed Plaintiff's claims against the named Defendants for failure to state a claim upon which relief may be granted, but allowed Plaintiff to move to amend his complaint to name the unidentified individual officers who allegedly failed to protect him. The Court warned Plaintiff that his failure to file an amended complaint within 90 days from entry of the Memorandum Opinion and Order, or to show cause for his failure to do so, would result in the entry of a final Order dismissing the action for the reasons stated therein.

The 90-day period has expired, and the record reflects that Plaintiff has not taken any action. Therefore, the Court will enter a separate Order dismissing this action.

Date: November 30, 2017

                                                                              **David J. Hale, Judge**
                                                          **United States District Court**

cc:     Plaintiff, *pro se*
        Defendant Bolton
        Jefferson County Attorney
4415.011